**Order entered May 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01514-CV

### IN THE INTEREST OF K.S.K., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-01231**

## ORDER

We **GRANT** appellant's May 12, 2016 unopposed third motion for an extension of time to file a brief and extend the time to **MAY 18, 2016**. We caution appellant that no further extension will be granted absent extenuating circumstances.


/s/      ELIZABETH LANG-MIERS
         JUSTICE